UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 01 2011
JUN 01 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BENNIE K. ELLISON
    PRO-SE, PLAINTIFF
V.
THE UNITED STATES, JUDICIAL EXEC. & ADM.
OF OPERATIONS OF THE DISTRICT COURT
        DEFENDANTS

No. 11 CV 1764

DISTRICT COURT, JUDGE MANNING

## NOTICE OF FILING

WHERE THE PRO-SE, PLAINTIFF, BENNIE K. ELLISON *R00575, WHO HAS CAUSED TO BE FILED IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION. ③ MOTIONS UNDER FED. RULE 50, FOR DIRECT VERDICT AND JUDGEMENT AGAINST THE JUDGES FOR BRIBERY, ILLEGAL CONSPIRACY, UNCONSTITUTIONAL, UNLAWFUL, AIDING THE COOK COUNTY SHERIFF OF ILLINOIS, THE ILLINOIS DEPT. OF CORRECTIONS IN AGGRAVATED KIDNAPPING 18USC 13, DEFRAUDING THE UNITED STATES, PUBLIC & PLAINTIFF 18 USC 371, DEPRIVATION OF CONST. RIGHTS 18 USC 241, 242, 401 & 402, FAILING TO COMPLY TO THE FED. R. CIV. PROC & EVIDENCE, MISCARRIAGE OF JUSTICE ALSO IN ALL OTHER CASES 09CV5438, 10CV2088, 10CV5772, 10CV7775 & 11CV2526 "DISCIPLINARY ENFORCEMENT & SPECIAL INVESTIGATORS" WHICH ARE TO BE RECEIVED, STAMPED & FILED ② STAMPED COPIES TENDERED TO THE DISTRICT COURT AND ① STAMPED COPY RETURNED TO THE PRO-SE, PLAINTIFF BENNIE K. ELLISON *R00575 AT STATEVILLE CORRECTIONAL CENTER P.O. BOX 112, JOLIET, IL, 60434

I'VE SERVED THE UNITED STATES ATTORNEY
PATRICK J. FITZGERALD

B.K. Ell #R00575
STATEVILLE CORRECTIONAL CENTER
P.O. BOX 112
JOLIET, IL, 60434

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 01 2011
JUN 01 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

BENNIE K. ELLISON
PRO-SE, PLAINTIFF
v.
THE UNITED STATES, JUDICIAL DISTRICT COURT, EXEC
& ADM. OF OPERATION
DEFENDANTS

No. 11cv1764

DISTRICT COURT, JUDGE MANNING

— NEED THE DEFENDANTS' ATTORNEY NAME, UNDER
FED 12(b) ISSUED SUMMONES & COMPLAINTS, UNDER FED
RULE 4(c) QUICKLY WITHOUT COST U.S. MARSHAL SERVICE —

MOTION UNDER FED. RULE 50, FOR DIRECT VERDICT AND JUDGEMENT AGAINST THE JUDGES
FOR BRIBERY, ILLEGAL CONSPIRACY, UNCONSTITUTIONAL, UNLAWFUL AIDING THE COOK COUNTY,
SHERIFF OF ILLINOIS, THE ILLINOIS DEPT. OF CORRECTIONS IN AGGRAVATED KIDNAPPING 18USC#13,
DEFRAUDING THE UNITED STATES, PUBLIC & PLAINTIFF 18USC#371, DEPRIVATION OF CONST RIGHTS 18USC#241°242,
401, 402 FAILING TO COMPLY TO THE FED. R. CIV. PROC & EVIDENCE, MISCARRIAGE OF JUSTICE ALSO IN ALL OTHER CASES
10cv2088, 09cv5438, 10cv5772, 10cv7775 & 11cv2526 "DISCIPLINARY ENFORCEMENT & SPECIAL INVESTIGATORS"

WHERE THE PRO-SE, PLAINTIFF HAS IN ALL CASES BEEN DENIED APPOINTMENT OF COUNSEL, UNDER CRIMINAL JUSTICE
ACT OF 1964, 18USC#3006(a) BEING A INDIGENT PERSON, BECAUSE OF JUDGE KENNELLY, MAGISTRATE JUDGES COLE,
AND DENLOW I'VE SUFFERED 6 ASSAULT ATTACKS IN CUSTODY OF BOTH COOK COUNTY & ILLINOIS DEPT. OF CORRECTION
WHO HAS DENIED INJUNCTION RELIEF, TEMP. RESTRAINING ORDERS AND UNDER FED. RULE 30(d) PROTECTIVE ORDERS,
FAILING TO PREVENT, CORRECT NOR TAKE REMEDIAL MEASURES IN ANY ONE OF THE CASES THAT BRANCHED FROM
CASE NO. 09cv5438/09A4042, DECEMBER 31, 2009 GRANTED RELIEF ORDERED BY THE 7TH CIR NEVER ENTERED
AFTER THE COURTS APPRAISAL OF DECEMBER 18, 2009, CIVIL DOCKET NO. 30 FILED AMENDED COMPLAINT, VIOLATION OF
FIFTH & FOURTEENTH AMENDT. CONST. RIGHT DUE PROCESS CLAUSE. WHERE IN CASE NO. 10cv2088 THE SAME
MISCARRIAGE OF JUSTICE, DEFRAUDING, PROCEDURAL DUE PROCESS VIOLATION OF 5TH & 14TH AMENDT. RIGHTS ARE CARRIED
OUT BY THE JUDGES FAILING TO ENFORCE THE COOK COUNTY, SHERIFF, ISSUED SUMMONES & COMPLAINTS AS FED. R. 12(b).
THE DEFENDANTS, NOTIFYING OPPOSING PARTY, ANSWERING DUE DATES, "FILING BRIEF RESPONSE" NOR ANSWERING APRIL 29, 2011

As ordered where I've filed multiple default and judgement motions on all the Cook County defendants, allowing over 4 months lapse before serving the Cook County Sheriff of Illinois and Superintendent Daniel Morici, which still today I've filed under Fed. Rule 50 for directed verdict and judgement in Case No. 10cv2088 for the defendants failure to comply to any of the court orders, but Judge Kennelly threaten the with a letter to impose sanction against for complying to his orders of filed a motion for new trial in Case No. 09cv5438 Civil Docket No. 80&81. After learning of the Cook County, Sheriff acts of illegal, unconstitutional, unlawful restraint, altering official records, with hold material of facts and evidence in Case No. 09cv6863, 09cv6542 and framing the plaintiff in Case No. 10cv5208 for shank having which I've included the material of facts and evidence that support everyone of the plaintiffs in the district court. In which I'm requesting special investigators to review just as well Case No. 10cv5772 & 10cv7772. For the Illinois department of corrections 2 correctional officers bodily injuries assaults and 1 inmate assault where the Internal Affairs, counselors, superintendent, warden and correctional officers was notified 4/5 days before the assault took place refuse to take remedial actions, denied medical treatment just as I was in the custody of Cook County Dept of Corrections having a total of 8 court orders which they failed to comply just as they fail to comply by the district court orders and the defendants being judges wearing badges also to enforce common law, federal rules of civil proc and the United States Const. Rights, equal protection which the federal court was imposed as guardian for persons deprived of there Const. Rights, not for the judges to aid in depriving which has happened.

Which in both official and individual capacity the plaintiff seeks relief, habeas corpus, immediate release, protective order relief, attorney fees relief $30,000, compensatory damages relief $22,000,000 and punitive damages relief $3,000,000 for over 2 yrs, deprivation of Const. rights, under color of state law aiding, abetting criminal offenses against the plaintiff, infringement of the Illinois laws, federal rules of civil procedures and evidence procedures, defrauding the United States Const. rights, public & plaintiff, racial discrimination of civil rights act, failing to comply to the United States Supreme Court rulings 1st congressional rulings and failing to prevent, correct nor imposing remedial sanctions to secure the safety, security nor the welfare of the plaintiffs entitled covery of relief sough in Case No. 09cv5438, 10cv2088, 10cv5772 & 10cv7775.

BK-Eielr #2005875

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BENNIE R. ELLISON
    PRO-SE, PLAINTIFF APPELLANT
    V.
COOK COUNTY, SHERIFF OF ILLINOIS, DANIEL MORECI,
LEWIS HOVEL, BRENDON LOMBARDI AND ALL 19 OTHERS
    DEFENDANTS - APPELLEES

No. 10 cv 2088
DISTRICT COURT, JUDGE KENNELLY
USCA No. 11 A 1099

6TH MOTION FOR DIRECT VERDICT AND JUDGEMENT, UNDER FED. RULE 50, GRANTING RELIEF SOUGHT, 16(e)(f), 37(b)(2), AND 69 ENFORCEMENT, 9C W RIGHT & A MILLER, FEDERAL PRACTICES AND PROCEDURES § 2524 et 542-42 (1971)

WHERE THE PRO-SE, PLAINTIFF HAS FILED SEVERAL MOTIONS IN SUPPORT OF THE COURT ALLOWING THE DEFENDANTS TECHNICAL, TACTICAL & LEVERAGE ADVANTAGES, MISCARRIAGE OF JUSTICE FOR PROCEDURAL DUE PROCESS CLAUSE OF FIFTH AND FOURTEENTH AMDT. EQUAL PROTECTION BY COMMON LAW. THE CONSPIRED ACTS OF WILLFUL, BAD FAITH & FAILING TO COMPLY TO ISSUED ORDERS 9-23-10, ANSWERING DUE DATES, OF AMENDED COMPLAINT, FAILING TO NOTIFY OPPOSE PARTY, FILING AFTER DUE DATE OF "BRIEF RESPONSE" AFTER EXTENDED DUE DATE MARCH 28, 2011, AFTER FAILING TO COMPLY TO MARCH 14, 2011 ORDER. AND THE PLAINTIFF MOVE THE COURT UNDER FED. RULE OF CIVIL PROCEDURES OF 16(e)(f), 37(b)(2), 50, 69 ENFORCEMENT OF RELIEF SOUGHT FOR LOSSES OF LIBERTY, LIFE, FREEDOM & PROPERTIES, PHYSICAL, EMOTIONAL, EMOTIONAL AND INJURIES SUFFERING DISLODGED RIGHT SHOULDER, LOWER BACK & NO MEDICAL TREATMENT AND RETALIATION CASUAL CONNECTION OF DELIBERATE INDIFFERENCE AFTER & BEFORE KNOWLEDGE OF. IN BOTH OFFICIAL & INDIVIDUAL CAPACITY, COMPENSATORY DAMAGES $150,000 PUNITIVE DAMAGES OF 15 DEFENDANTS EACH $5000 AND ATTORNEY FEES $4,500. TOTALING IN ALL $229,500, HABEAS CORPUS OF IMMEDIATE RELEASE 28 USC § 2243, 2251, 2254. VALDES V. KAROLIS INC. 277 F 2d 637, 638 (7TH CIR 1960), PARTS AND ELEC. MOTORS INC V. STERLING ELEC, 826 F. 2d 712, 716 (7TH CIR 1987), McKINNON V. CITY OF BERWYN, 750 F. 2d 1383. (7TH CIR 1984).

B.R. Ell #R00575

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 31, 2009

By the Court:

| | | |
|---|---|---|
| No.: 09-4042 | BENNIE K. ELLISON, Plaintiff - Appellant | *PRE-TRIAL ORDER CONTROL PARTIES FR.C.P 16(E)(F), 37(b)(2) AND 28 U.S.C. 2101(F) RULE 69* |
| | v. | |
| | COOK COUNTY SHERIFF, et al., Defendants - Appellees | |

**Originating Case Information:**

District Court No: 1:09-cv-05438
Northern District of Illinois, Eastern Division
District Judge Matthew F. Kennelly

Upon consideration of the **MOTION FOR RELIEF** filed on December 28, 2009, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the appellant shall either pay the required appellate fees or file a motion to proceed on appeal in forma pauperis with the clerk of the district court by January 29, 2010. Also, the appellant shall file the required docketing statement with the clerk of this court by January 29, 2010.

*PRETRIAL ORDERS CONTROL PARTIES FR.C.P. 16(E)(F) AND RULE 69*

*U.S.C.A 4, 14 AMENDMENT VIOLATIONS OF EQUAL PROTECTION OF DUE PROCESS OF FEDERAL & STATE LAWS*

form name: c7_Order_BTC (form ID: 178)

*Appx. B*



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

January 26, 2010

|  |  |
|---|---|
| No.: 09-4042 | BENNIE K. ELLISON, <br> Plaintiff - Appellant <br><br> v. <br><br> COOK COUNTY SHERIFF, et al., <br> Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:09-cv-05438
Northern District of Illinois, Eastern Division
District Judge Matthew F. Kennelly

The following is before the court:

1. **CHECK IN THE AMOUNT OF $455.00,** received by this court on January 26, 2010. Accordingly,

**IT IS ORDERED** that the clerk of this court endorse and send the CHECK to the clerk of the district court.

form name: c7_Order_to_endorse (form ID: 214)

Appx. B

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 3, 2010

By the Court:

BENNIE K. ELLISON,
      Plaintiff-Appellant,

No. 09-1042        v.

COOK COUNTY SHERIFF, et al.,
      Defendants-Appellees.

] Appeal from the United
] States District Court for
] the Northern District of
] Illinois, Eastern Division.
]
] No. 1:09-cv-05438
]
] Matthew F. Kennelly,
]      Judge.

Upon consideration of the **QUESTION OF FACTS, MATERIAL EVIDENCE,**, filed on January 28, 2010, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the appellant shall file both a brief memorandum explaining why he contends that the district court's denial of leave to proceed on appeal in forma pauperis is erroneous* and an asset affidavit by no later than March 31, 2010. Failure to either pay the required $455.00 in appellate fees or file both the memorandum and the asset affidavit by the due date will result in dismissal of this appeal for failure to prosecute

\*   NOTE: The document should be titled "MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS."

APPX. B

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 23, 2010

To:     Michael W. Dobbins
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago , IL 60604-0000

|  |  |
|---|---|
| No.: 09-4042 | BENNIE K. ELLISON, <br> Plaintiff - Appellant <br><br> v. <br><br> COOK COUNTY SHERIFF, et al., <br> Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:09-cv-05438
Northern District of Illinois, Eastern Division
District Judge Matthew F. Kennelly

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.
A certified copy of the opinion/order of the court and judgment, if any, and any
direction as to costs shall constitute the mandate.

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1478 | **DATE** | November 12, 2010 |
| **CASE TITLE** | Dennie Edison (#2009-0017821) v. Sheriff of Cook County, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motions for reconsideration of the Court's order of March 25, 2010 [##73, 79] dismissing his case for failure to state a claim upon which relief can be granted are denied.

[ ] [For further details see text below.]

Docketing to mail notices.

---

### STATEMENT

Plaintiff has moved for reconsideration of the Court's order of March 25, 2010, dismissing the case for want of prosecution. He has filed two motions, labeled differently, but which the Court construes as motions to reconsider. Plaintiff's motions are, in essence motions for relief of judgment under Rule 60(b) of the Federal Rules of Civil Procedure. Rule 60(b) provides for six separate grounds for relief from judgment including: 1) mistake, inadvertence surprise, or excusable neglect; 2) newly discovered evidence; 3) fraud, misrepresentation or misconduct by an opposing party; 4) the judgment is void; 5) the judgment has been satisfied; or 6) any other reason that justifies relief. *See* Fed. R. Civ. P. 60(b).

The Court has carefully reviewed Plaintiff's motions. The first [#79] essentially argues with the Court's legal reasoning. It is, in essence, a reiteration of the arguments he made in his complaint. He raises none of the six grounds available under Rule 60(b) requiring the court to reconsider the judgment order entered. However, mere disagreements with a district court's legal reasoning are properly expressed by filing an appeal. *See Parke-Chapley Constr. Co. v. Cherrington*, 865 F.2d 907, 915 (7th Cir. 1989) ("[A]n appeal or motion for a new trial, rather than an FRCP 60(b) motion is the proper avenue to redress mistakes of law committed by the trial judge . . . ."). The second is Plaintiff's attempt to submit additional evidence to the Court in support of his complaint, long since dismissed, and on which the appeal was dismissed for failure to pay the filing fee. For the foregoing reasons, Plaintiff's motions are denied. This case remains closed.

AWL



| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 5438 | DATE | 12/1/2010 |
| CASE TITLE | | Ellison vs. Cook County | |

**DOCKET ENTRY TEXT**

The Court denies plaintiff's "motion for new trial" [81]. The motion is frivolous. If plaintiff continues to file frivolous motions in this long-closed case, the Court will impose a sanction upon him.

Docketing to mail notices.

| | Courtroom Deputy Initials | mk |
|---|---|---|

09C5438 Ellison vs. Cook County

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2088 | **DATE** | 9/23/2010 |
| **CASE TITLE** | Ellison vs. Sheriff of Cook County, et al. | | |

### DOCKET ENTRY TEXT

The Court grants Plaintiff's motion for leave to file *in forma pauperis* [#12]. The Court orders the trust fund officer at Plaintiff's current place of incarceration to deduct $24.28 from Plaintiff's account for payment to the Clerk of Court as an initial partial filing fee. The Clerk shall send a copy of this order to the trust fund officer at Stateville Correctional Center. The Clerk is directed to issue summonses for Defendants Moreci, Lombardi, and Hovel. Cook County Sheriff Tom Dart and all other Defendants named in the body of Plaintiff's complaint are dismissed as Defendants. The Clerk is also directed to send Plaintiff a magistrate judge consent form and filing instructions along with a copy of this order. Plaintiff's motion for appointment of counsel [#4] is denied.

■[ For further details see text below.]

Docketing to mail notices.

### STATEMENT

Plaintiff, who is an inmate at Stateville Correctional Center, has brought this *pro se* action pursuant to 42 U.S.C. § 1983. Plaintiff claims that Defendants, Superintendent Moreci and Correctional Officers Lombardi and Hovel, used excessive force against him and were deliberately indifferent to a serious medical condition.

The Court grants Plaintiff's motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $24.28. The trust fund officer at Stateville Correctional Center is authorized and ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer at Plaintiff's place of confinement is directed to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action. The trust fund officer shall notify transferee authorities of any outstanding balance in the event Plaintiff is transferred from to another correctional facility.

Under 28 U.S.C. § 1915A, the Court has conducted a threshold review of the amended complaint. Taking Plaintiff's allegations as true, he has stated viable claims against Defendants Lombardi and Hovel for excessive force and against Defendants Moreci, Lombardi and Hovel for deliberate indifference to a serious medical need.

Plaintiff has failed to state a claim, however, against Defendant Cook County Sheriff Dart. Plaintiff appears to sue Defendant Dart in his supervisory capacity. Plaintiff has alleged no facts suggesting Dart's personal involvement in the alleged violations or that the violations occurred at Dart's direction or with his knowledge and consent. *See, e.g., J.H. ex rel. Higgin v. Johnson*, 346 F.3d 788, 793 (7th Cir. 2003). "[T]o be liable under § 1983, an individual defendant must have caused or participated in a constitutional deprivation." *Pepper v. Village of Oak Park*, 430 F.3d 809, 810 (7th Cir. 2005) (citations omitted). Because Plaintiff has alleged nothing suggesting that Dart was personally involved in (or even aware of) the alleged violations of

10C2088 Ellison vs. Sheriff of Cook County, et al.

Page 1 of 2

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5772 | **DATE** | November 12, 2010 |
| **CASE TITLE** | Bennie K. Ellison vs. Illinois Department of Corrections et al. | | |

### DOCKET ENTRY TEXT

The Court grants plaintiff's motion to proceed *in forma pauperis* [4]. The Court orders the trust fund officer at plaintiff's place of incarceration to deduct $10.45 from plaintiff's account for payment to the Clerk of Court as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The clerk is directed to send a copy of this order to the trust fund officer at the Stateville Correctional Center. However, summonses shall not issue at this time. The Court dismisses the current complaint without prejudice and gives plaintiff thirty days from the date on this order to submit a proposed amended complaint (plus a judge's copy and service copies). If plaintiff does not do so, the Court will summarily dismiss this case. The clerk is directed to provide plaintiff with an amended civil rights complaint form and instructions for filing along with a copy of this order. Pending compliance by plaintiff, the Court denies without prejudice his motion for appointment of counsel [3] and his recently-filed "motion of prima facie" and his motions for emergency action and executive clemency [9, 11, 12].

■[ For further details see text below.]

Docketing to mail notices.

---

### STATEMENT

Plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. He claims that the Illinois Department of Corrections, its Director, the Warden of Stateville Correctional Center, and various Stateville employees have violated his constitutional rights by being deliberately indifferent to his various medical needs, denying him access to the law library, failing to provide grievance forms, exposing him to poor prison conditions, and assaulting him.

The Court grants plaintiff leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is assessed an initial partial filing fee of $10.45. The trust fund officer at plaintiff's place of incarceration is directed to collect, when funds exist, the partial filing fee from plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, plaintiff's trust fund officer is authorized and ordered to collect monthly payments from plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify plaintiff's name and this case number. The inmate trust account office shall notify transferee authorities of any outstanding balance in the event of plaintiff's transfer to another correctional facility.

The Court dismisses the current complaint. First, plaintiff's rambling allegations do not satisfy the "short and plain statement" requirement of Fed. R. Civ. P. 8(a). More importantly, the complaint contains improperly joined claims and defendants. As the Seventh Circuit stated in *George v. Smith*, 507 F.3d 605 (7th Cir. 2007), "multiple claims against a single party are fine, but Claim A against Defendant 1 should not be joined with unrelated Claim B against Defendant 2. Unrelated claims against different defendants belong in different suits, not only to prevent the sort of morass that this 50-claim, 24-defendant suit produced but

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7775 | **DATE** | March 2, 2011 |
| **CASE TITLE** | Bennie Ellison (#R-00575) v. Illinois Department of Corrections, et al. | | |

**DOCKET ENTRY TEXT:**

By Order dated 1/28/2011, the Court ordered Plaintiff to submit within thirty days a properly completed i.f.p. petition, certified by a trust fund officer, along with copies of his prison trust fund ledgers showing his income for the six months preceding the filing of this action, that is, from 6/8/2010 through 12/8/2010. Although forewarned of the consequences, Plaintiff has failed to comply. Accordingly, the complaint is dismissed pursuant to FED. R. CIV. P. 41(b). The case is terminated. All pending motions are denied as moot [#3 & #7].

Docketing to mail notices.

| | AWL |
|---|---|

April 14, 2010

*DATE OF ARDC (A.) PASSPORT DOCUMENTS*
*OF CASE No. 09CR6863, 4-14-10, 16:17:15*

**RECEIVED**

Althea K. Welsh *AND CASE No. 09CR6542, 4-14-10, 15:57:48*
Attorney Registration and Disciplinary Commission
One Prudential Plaza
130 East Randolph Drive
Suite 1500
Chicago, IL 60601-6219

APR 2 2 2010

**ATTY. REG. & DISC. COMM.
CHICAGO**

RE: 2010 IN 204

Ms. Welsh:

   This letter is in response to your requests of March 18, 2010, and April 9, 2010, for additional information regarding the prosecution of Bennie Ellison for multiple felony charges. I apologize for the delay in a reply, but I have been awaiting transcripts of court dates showing our compliance with Judge Howard's order of December 18, 2009, as well as the original State's Attorney file for Mr. Ellison's case that was disposed of.

   By way of background, Mr. Ellison had two cases pending before Judge Joseph Kazmierski, 09CR-6863 for gun and drug possession, and 09CR-6542 for bringing a gun into the jail. Prior to December 18, 2009, Mr. Ellison had requested the Grand Jury transcript for case #09CR-6542, the non-elected matter. We furnished to him a copy of the Grand Jury transcript for his case, which was bound in grey paper, whereas Grand Jury transcripts are typically bound in pink paper. When it was tendered, it may have been referred to as a preliminary hearing transcript rather than a Grand Jury transcript.

   On December 18, 2009, the elected case (09CR-6863) was set for Mr. Ellison's motion to quash the arrest. Due to Judge Kazmierski having other litigation set that day, the matter was transferred to Judge Howard only for purposes of the hearing. Before and after the hearing, Mr. Ellison began talking about having not received the transcripts he wanted. After Mr. Ellison's motion was denied, Judge Howard made the order to turn over transcripts referenced by Mr. Ellison.

   Mr. Ellison's claim to you was that he had not been given transcripts of his court appearances in Branch 98, though he incorrectly refers to Branch 38 at 727 W. 111th Street, Chicago. That was the branch court in which his gun and drug possession case had been pending prior to indictment, a case which has since been resolved. The transcripts he had asked for dealt with his contraband in a penal institution case. Mr. Ellison sent to you a partial transcript of Judge Howard's order of December 18. He left out several pages of the transcript, during which Judge Howard clarified what dates we were to obtain and turn over; and during which Mr. Ellison acknowledged he had never been before a judge for a preliminary hearing. Judge Howard ordered me to produce the transcripts for the dates of March 28, 2009 (his central bond court appearance), and

*ARDC (A.) PASSPORT PAGES 002, 003 OF 004*
*SHOWS PRELIMINARY HEARING BEFORE JUDGE*
*MICHELLE JORDAN BRANCH #38 ON No. 09CR6863*

1      IN RE: PEOPLE VS. BENNIE ELLISON

2                                    DATED, 4-14-10, 16:17-15, TIME

3                    SGJ NO:  MAR 2614      of
                                           (ARDC TENDERE[D]

4      CASE NO.          09 CR 6863      PASSPORT PAGES 001,

5                        ARR:  4-22-09    002, 003 OF 004 SHO[W]
                                          THIS INDT. WAS ALTERED A[ND]

6      BEFORE THE SPECIAL GRAND JURY OF COOK COUNTY PROOF OF
7                        MARCH 2009                   DUE PROCES[S]
                                                      CLAUSE, DEF[EC]
8                 REPORT OF SPECIAL GRAND JURY TIVE INDTMEN[T]

9      PROCEEDINGS TAKEN IN THE ABOVE-ENTITLED  CRIMINAL CODE
                                                OF PRACTICES &
10     MATTER ON THE 7TH DAY OF APRIL, 2009, AT THE PROCEDURE

11     COOK COUNTY CRIMINAL COURTS BUILDING, 2650 THAT

12     SOUTH CALIFORNIA AVENUE, 10TH FLOOR, CHICAGO, CONSTITUT[E]

13     ILLINOIS 60608.                      DISMISSAL OF ALL

14                                         CHARGES AND IN MEDIA[TE]

15     PRESENT:                            RELEASE RELIEF, HABEAS
       THE HONORABLE ANITA ALVAREZ         CORPUS.
16     State's Attorney of Cook County, by:
       MR. JAMES COMROE,
17     Assistant State's Attorney

18
       WITNESS:                       BUT COURT DATES ON 3-19-09, 4-8-09
19     Officer Malinowski             & 4-16-09 AND THE DIRECT INDTMENT

20                                    DATED 4-16-09 NOT OFFERED UPON THIS

21                                    SUPPOSELY DATE 4-7-09, WHICH IT

22     Reported by:                   CONSTITUTE IMPROPER PRELIMINARY
       PHYLLIS STONE                  HEARING AND VIOLATION OF THE
23     CERTIFIED SHORTHAND REPORTER
       2650 SOUTH CALIFORNIA AVENUE   COUST. PROVISION OF DUE PROCESS
24     CHICAGO, ILLINOIS 60608        BY LAW
       ILLINOIS CSR LICENSE NO. 084-003659   BK-Ex* R00575

09 CR 0686301

CASE: 09112573701 S  (START OF CASE          )          PAGE: 001 OF 004          PROD
 DEFENDANT NAME: BENNIE      K ELLISON                    LST APPEAL:
GENERAL INFORMATION
  CB: 017517077 IR: 0860137 SID: 027521110   FBI: 732408142 RD: HR223052

ATTORNEY INFORMATION      -- NO ATTORNEYS ASSOC W/CASE --   WHERE ARE THE SID #

CHARGE INFORMATION      ✓                                      & FBI #

NBR A TYPE CLASS CHAPTER/SECTION          NOT INTENT
001      F          720-570/402-C       TO DELIVER INITIAL        DESCRIPTION
002      F          720-570/402-C            CHARGED              PCS - POSSESSION - LESS T
                                                                  PCS - POSSESSION - LESS T

DISPOSITION INFORMATION ✓

                                    CASE No. 09 CR 0686301  ARDC TENDERED
031909-                                                        4-22-10, 1YR LATER
PROBABLE CAUSE TO DETAIN
CHIAMPAS PEGGY
BRANCH 1      RM 100


ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9=APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 004 DESTINATION ____


ARDC TENDERED RECORDS BY ALTHEA K. WELSH

ORDER FOR BRANCH #38 ELECTRONIC STENOGRAPHIC AND AUDIO VERSION OF
TRANSCRIPT I SPOKE ON BOTH COURT APPEARANCES 4-8-09 & 4-16-09
AS THE STATE CLAIM OF INDTMELY DATED 4-7-09 THE CHARGE INFO AND
DISPOSITION INFO SHOULD HAVE THIS INCLUDED AND ABSOLUTELY NO!
PRELIMILARY HEARING DATES BEFORE JUDGE MICHELLE JORDAN, BRANCH #38

B.K. Ell #R00575

CASE: 09112573701 S  (START OF CASE          )          PAGE: 002 OF  004          PROD
 DEFENDANT NAME: BENNIE     K ELLISON               LST APPEAL:
031909-
BAIL AMOUNT SET
CHIAMPAS PEGGY                               $25000
BRANCH 1        RM 100

031909-
MOTION STATE - CONTINUANCE -MS     040809          7138
CHIAMPAS PEGGY
BRANCH 1        RM 100                   0900 AM

031909-
DEF DEMAND FOR TRIAL
CHIAMPAS PEGGY
BRANCH 1        RM 100

040809-
DEF DEMAND FOR TRIAL
JORDAN MICHELLE
BRANCH 38       RM 1

ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9-APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 004 DESTINATION ____

*[handwritten:]* ALTERED DATES OF BRANCH #38 (171) ELECTRONIC STENOGRAPHIC & AUDIO VERSION NEEDED

*[handwritten:]* REQUEST FOR (A) PASSPORT PAGES 001 THROUGH 004

*[handwritten:]* JASON POPE, QUOTED THERE'S NO! EXISTING OF BRANCH #38, JUST AS WELL IN CONVICTION & DISPOSITION SIGNED BY
                                                    DOROTHY BROWN

*[handwritten:]* SO WHERE? ARE THE ELECTRONIC STENOGRAPH & AUDIO VERSIONS OF BRANCH #38. I SPEAKING PERSONALLY TO JUDGE MICHELLE JORDAN

*[handwritten:]* NEED ORDERS OF AND SUBPOENAS FOR SUCH AND WHY? WASN'T IT RECORDED ON DOROTHY BROWN CLERK OF CIRCUIT COURT CERTIFIED STATEMENT

CASE: 09112573701 S  (START OF CASE          )        PAGE: 003 OF   004          PROD
   DEFENDANT NAME: BENNIE      K ELLISON              LST APPEAL:

040809-
MOTION STATE - CONTINUANCE -MS      041609              7138
JORDAN MICHELLE
BRANCH 38        RM 1                    0900 AM

041609-                                                 ( ARDC TENDERED 4-22-0
SUPERSEDED BY DIRECT INDTMENT
      09CR6883 - THE CASE NO.                           CALL
JORDAN MICHELLE
BRANCH 38        RM 1              00000000  WHICH CONSTITUTE VIOLATIONS OF
                                  THE ILLINOIS of 1970 CONST. PROVISIONS OF MY 1, 4, 5
041609-                           6 AND 14 AMENDT, EQUAL PROTECTION UF DUE PROCESS
DEF DEMAND FOR TRIAL              BY FEDERAL AND STATE LAWS, ALSO SHOWS CONTRADICTIO
JORDAN MICHELLE
BRANCH 38        RM 1             THE STATE'S APRIL 7, 2009 GRAND JURY INDT. DATE

                                      - ALTERED OFFICIAL RECORDS -

ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9=APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 004 DESTINATION ____


So, HOW IS THE GRAND JURY INDICTMENT DATE 4-7-09


ORDER THE ELECTRONIC STENOGRAPHIC & AUDIO TRANSCRIPT

I SPOKE TO THE JUDGE ON BOTH
COURT APPEARANCE VERBALLY SPOKE

```
CASE: 09112573701 S  (START OF CASE      )       PAGE: 004 OF  004        PROD
 DEFENDANT NAME: BENNIE     K ELLISON           LST APPEAL:
041609-
TRANSFERRED TO CRIMINAL DIV          042209         / 1701
JORDAN MICHELLE
BRANCH 38       RM 1                   0900 AM

END OF FILE
```

ARDC TENDERED COPY BY COMMON SENSE & LAW
OF ILLINOIS, CRIMINAL CODE OF PRACTICES & PROCEDURES,
DUE PROCESS OF LAW, WHICH INDICATES BEFORE
JUDGE, MICHELLE JORDAN, BRANCH "38 DATES OF 4-8-09,
& 4-16-09, PRELIMINARY HEARING DID EXIST AND HELD. THEN
TRANSFERRED TO CRIMINAL DIV. AS SHOWN, ALSO THE STATES
ALLEGED INDTMENT DATE OF 4-7-09, DEFECTIVE, ALTERED

```
ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9=APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 004 DESTINATION ____
```

OFFICIAL RECORDS, WITH HELD MATERIAL OF FACTS & EVIDENCE,
IMPROPER PRELIMINARY HEARING AND EVERY DATE AFTER THE
STATES INDTMENT OF 4-7-09 CASE NO. 09cr6863 WOULD ALSO
HOLD CASE NO. 09cr6863 NOT THE CASE NO. 09112573701



State of Illinois
Circuit Court of Cook County
Official Court Reporters

Timothy C. Evans
Chief Judge

Marilyn A. Filishio
Administrator

September 24, 2010

69 West Washington Street
Suite 900
Chicago, Illinois 60602
(312) 603-8509
Fax: (312) 603-9820
TDD: (312) 603-8539

Mr. Bennie Ellison, #R00575
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

*SUBPEONA/ORDER THE AUDIO VERSION OF THE PRELIMINARY TRANSCRIPTS, I SPOKE ON BOTH OCCASION BEFORE JUDGE MICHELLE JORDAN.*

Dear Mr. Ellison:

I am in receipt of your letter requesting transcripts for Case No. 09 CR 0686301.

The dates of 4-22-09 and 5-19-09 were filed with the State Appellate Defender. Please contact them for your copy.

Under Case No. 09 MC1 125737 for the date of 4-8-09 in Branch 38 please send to my attention a money order payable to Lorie Mayer in the amount of $12.60 and I will then mail the transcript out to you.  *← INDICTMENT No.*

Under Case No. 09 MC1 125737 for the date of 4-16-09 in Branch 38 please send to my attention a money order payable to Ellen Dusza in the amount of $9.45 and I will then mail the transcript out to you.

*CHANGED CASE No's FROM 09CR0686301, THE STATES INDTMENT DATE BEING 4-7-09, BY COMMON LAW & SENSE THAT EVERY DATE AFTER WOULD FOLLOW WITH THE SAME CASE No. 09CR6863*

Sincerely,

Nanette Comeaux-Brookins

Nanette Comeaux-Brookins,
Official Court Reporter's Office
555 West Harrison #4200
Chicago, Illinois 60607

*ADOC TENDERED DOCUMENTS 4-22-10 SHOW PROOF OF IMPROPER PRELIMINARY HEARING AND DEFECTIVE INDTMENT OF BRANCH #38*

cc: Janet Hartnett
Jeanine LaMantia

*B.N. ELL #R00575*

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 09CR0686301

BENNIE    ELLISON

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 720-5/24-1.7(a) | F X | ARMED HABITUAL CRIMINAL |
| 720-5/33A-2(a) | F X | ARMED VIOLENCE/CATEGORY I |
| 720-5/24-1.1(a) | F 2 | FELON POSS/USE FIREARM PRIOR |
| 720-5/24-1.6(a)(1) | F 2 | AGG UUW/VEH/PREV CONVICTION |
| 720-570/401(c)(2) | F 1 | MFG/DEL 1<15 GR COCAINE/ANLG |
| 720-570/401(d)(i) | F 2 | OTHER AMT NARCOTIC SCHED I&II |
| 720-570/401(d)(i) | F 2 | OTHER AMT NARCOTIC SCHED I&II |

The following disposition(s) was/were rendered before the Honorable Judge(s):

*✓ ON PASSPORT DATE THE CASE IS CONTINUED TO 4-16-09*

| | |
|---|---|
| 04/15/09 IND/INFO-CLK OFFICE-PRES JUDGE | 04/22/09 1701 |
| 04/22/09 CASE ASSIGNED | 04/22/09 1729 |
|    BIEBEL, PAUL JR. | |
| 04/22/09 CASE ASSIGNED | 04/22/09 1729 |
|    FLOOD LAWRENCE EDWARD | |
| 04/22/09 CASE ASSIGNED | 04/22/09 1729 |
|    FLOOD LAWRENCE EDWARD | |
| 04/22/09 DEFENDANT IN CUSTODY | 00/00/00 |
|    KAZMIERSKI, JOSEPH G. JR. | |
| 04/22/09 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
|    KAZMIERSKI, JOSEPH G. JR. | |
| 04/22/09 PUBLIC DEFENDER APPOINTED | 00/00/00 |
|    KAZMIERSKI, JOSEPH G. JR. | |
| 04/22/09 DEFENDANT ARRAIGNED | 00/00/00 |
|    KAZMIERSKI, JOSEPH G. JR. | |
| 04/22/09 PLEA OF NOT GUILTY | 00/00/00 |
|    KAZMIERSKI, JOSEPH G. JR. | |
| 04/22/09 ADMONISH AS TO TRIAL IN ABSENT | 00/00/00 |
|    KAZMIERSKI, JOSEPH G. JR. | |
| 04/22/09 CONTINUANCE BY AGREEMENT | 05/19/09 |
|    KAZMIERSKI, JOSEPH G. JR. | |
| 05/19/09 DEFENDANT IN CUSTODY | 00/00/00 |
|    KAZMIERSKI, JOSEPH G. JR. | |

*(stamp: DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY  CR-400 MAY 06 2010  FILED)*

*CONSTITUTE VIOLATIONS
OF THE ILLINOIS OF 1970
CONST. PROVISIONS OF DUE
PROCESS CLAUSE
4-14-10, 16·17·15 YR LATER
OF THE
- ARDC RECORDS FROM 4-22-10
SHOWS JUDGE MICHELLE JORDAN-*

*No! RECORD OF DATES 3-19-09 AND IF GRAND JURY
INDT WAS 4-7-09, IT SHOULD HAD BEEN RECORDED JUST AS WELL
AS THE DATES AFTER CASE No. 09cr 6863 ENTERED 4-7-09, SO
4-8-09 AND 4-16-09 SHOULD HAD BEEN RECORDED*

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER 09CR0686301

BENNIE      ELLISON

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/18/10 PRISONER DATA SHEET TO ISSUE
    KAZMIERSKI, JOSEPH G. JR.                    00/00/00
02/18/10 CONTINUANCE BY ORDER OF COURT
    KAZMIERSKI, JOSEPH G. JR.                    02/25/10

I hereby certify that the foregoing has
been entered of record on the above
captioned case.
Date 02/25/10

*Dorothy Brown*

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

1    IN RE: PEOPLE VS. BENNIE ELLISON

2    *ARDC, DATED 4-14-10, TIME 15:57:48*

3    *WHICH SHOWS THE*        GJ NO: 842

4    *STATES ALTERING OFFICIAL*   09CR   6542

5    *RECORDS, DEFECTIVE IN THAT THE* ARR:  4-22-09

6    *PROOF OF DUE PROCESS, CRIMINAL CODE*

7    *OF PRACTICES & PROCEDURE VIOLATION*

     *THAT CONSTITUTE HABEAS CORPUS IMMEDIATE RELEASE*

8            BEFORE THE GRAND JURY OF COOK COUNTY

9                 MARCH, 2009

10

11              REPORT OF GRAND JURY

12   PROCEEDINGS TAKEN IN THE ABOVE-ENTITLED

13   MATTER ON THE 1ST DAY OF APRIL, 2009, AT THE

14   COOK COUNTY CRIMINAL COURT BUILDING, 2650

15   SOUTH CALIFORNIA AVENUE, CHICAGO, ILLINOIS,

16   60608.

17

18          *ARDC (A) PASSPORT PAGE 003 OF 004*

              *DATE 4-14-09, CASE NO.*

19   REPORTED BY:  *09CR 6542 DIRECT IN THAT*

20   DONNA J. O'CONNOR,  *WHICH ISN'T RECORDED IN*

21   CERTIFIED SHORTHAND REPORTER  *CERTIFIED DISPOSITION INFO.*

22   2650 SOUTH CALIFORNIA AVENUE

23   CHICAGO, ILLINOIS  60608

24   ILLINOIS CSR LICENSE NO. 084-003579

CASE: 09112663601 S  (START OF CASE        )      PAGE: 001 OF   004      PROD
   DEFENDANT NAME: BENNIE      K ELLISON          LST APPEAL:
GENERAL INFORMATION
   CB: 017525263 IR: 0860137 SID:          FBI:           RD: 09037055

ATTORNEY INFORMATION     -- NO ATTORNEYS ASSOC W/CASE --

CHARGE INFORMATION          ✓

NBR A TYPE CLASS CHAPTER/SECTION                    DESCRIPTION
001      F         720-5/24-1.1-A                   UUW -  WEAPON - FELON,  P
002      F         720-5/31A-1.1-A-2                CAUSE/BRG FIREARM PENAL I

DISPOSITION INFORMATION      ✓

*ARDC - 1YR. LATER NOT RECORD OF 4-1-09 INDITMENT BUT PAGE 003 OF 004, SHOWS DIRECT INDITMENT DATE 4-14-09 CONSTITUTE DUE PROCESS VIOLATIONS & ALTERED RECORD*

032809-
PROBABLE CAUSE TO DETAIN
OCASIO RAMON III
BRANCH   1        RM 100

ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9-APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 004 DESTINATION ____

CASE: 09112663601 S  (START OF CASE        )        PAGE: 002 OF  004        PROD
  DEFENDANT NAME: BENNIE    K ELLISON              LST APPEAL:
032809-
FULL CASH DEPOSIT REQ FOR BAIL              $25000
OCASIO RAMON III
BRANCH  1        RM 100


032809-
MOTION STATE - CONTINUANCE -MS    033009              1198
OCASIO RAMON III
BRANCH  1        RM 100                  1100 AM


032809-
DEF DEMAND FOR TRIAL
OCASIO RAMON III
BRANCH  1        RM 100


033009-
MOTION STATE - CONTINUANCE -MS    041409              1198
BOURGEOIS ADAM DONALD JR.
BRANCH 98        RM 101              1100 AM


ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9-APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 004 DESTINATION ____

CASE: 09112663601 S  (START OF CASE        )      PAGE: 003 OF  004        PROD
 DEFENDANT NAME: BENNIE      K ELLISON          LST APPEAL:


033009-
DEF DEMAND FOR TRIAL
BOURGEOIS ADAM DONALD JR
BRANCH 98        RM 101


041409-
SUPERSEDED BY DIRECT INDTMENT
     09CR6542
DESIERTO ISREAL ABAYA              00000000
BRANCH 98        RM 101

041409-
DEF DEMAND FOR TRIAL
DESIERTO ISREAL ABAYA
BRANCH 98        RM 101

CALL *ARDC TENDERED 4-22-10*
*BY ALTHEA K. WELSH*
*STATES ATTORNEY, JAMES CONROE*
*GRAND JURY INDTMENT, DATED 4-1-09*

*VIOLATION OF DUE PROCESS BY
LAW, ALTERED OFFICIAL RECORDS, CRIMINAL CODE
OF PRACTICES & PROCEDURES, THAT CONSTITUTE
DISMISSAL OF ALL CHARGES & IMMEDIATE RELEASE RELIEF!*


ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9-APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 004 DESTINATION ____

*APPX D*

CASE: 09CR0654201 S   (START OF FELONY CASE)          PAGE: 002 OF  026          PROD
 DEFENDANT NAME: BENNIE        ELLISON          LST APPEAL: 02/01/10
DISPOSITION INFORMATION

041209-
INDT/INFO CLK OFFICE-PRES JUDGE      042209          1701
CLERK'S OFFICE 26TH & CALIFORNIA          0900 AM

042209-
CASE ASSIGNED                        042209          1729
BIEBEL, PAUL JR.
ROOM 101       26TH & CALIFORNIA          0930 AM

042209-
DEFENDANT IN CUSTODY                 000000
FLOOD LAWRENCE EDWARD
ROOM 101       26TH & CALIFORNIA

*ARDC TENDERED 4-22-10*

*NO! RECORDS OF 4-1-09 STATES SUPPOSED INDTMENT NOR COURT APPEARAN DATES 3-28-09, 3-30-09, NOR 4-14-09 INDTMENT DATE*

ENTER=CONT PF3=RETN PF7=BKW PF8=FRW PF9-APPL PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 026 DESTINATION ____

*1*

*APPx D*

<u>CERTIFICATE of SERVICE</u>

WHERE THE PRO-SE, PLAINTIFF, BENNIE K ELLISON #R00575, WHO SWEAR UNDER PENALTY OF PERJ. AND THE SUPREME COURT RULLINGS 29, 33.2 & 28 USC § 1746, THAT I'VE CAUSED TO BE SERVICED <u>THE UNITED STATES NORTHERN DISTRICT OF ILLINOIS, ATTORNEY PATRICK J. FITZGERALD</u> ① MOTION UNDER FED RULE FOR DIRECT VERDICT AND JUDGEMENT AGAINST THE JUDGES FOR BRIBERY, ILLEGAL CONSPIRACY UNCONSTITUTIO. UNLAWFUL AIDING THE COOK COUNTY, SHERIFF OF ILLINOIS, THE ILLINOIS DEPT. OF CORRECTIONS IN AGGRAVATED KIDNAPPING, 18 USC § 13, DEFRAUDING THE UNITED STATES, PUBLIC & PLAINTIFF, 18 USC § 371, DEPRIVATION OF CONST. RIGHTS, 18 USC § 241, 242, 401, 402 FAILING TO COMPLY TO THE FED. R CIV. PROC. & EVIDENCE, MISCARRIAGE O JUSTICE, ALSO IN ALL OTHER CASES. NO. 09 CV 5438, 10 CV 2088, 10 CV 5772, 10 CV 7775 & 11 CV 2526 "DISCIPLINARY ENFORCEMENT & SPECIAL INVESTIGATORS" 24 PAGES

NOTARIZED, PURSUANT TO 28 USC § 1746
UNDER PENALTY OF PERJURY, ON THIS 23
DAY OF <u>MAY</u>, 2011.

B.K. Ell #R00575

<u>CERTIFICATE OF SERVICE</u>

WHERE THE PRO-SE, PLAINTIFF, BENNIE K. ELLISON *R00575 WHO SWEAR UNDER PENALTY OF PERJURY ALSO THE SUPREME COURT RULINGS 29, 33-2 & 28 USC§ 1746, THAT I'VE CAUSED TO BE FILED IN <u>THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION</u> ③ MOTIONS UNDER FED. RULE 50 FOR DIRECT VERDICT AND JUDGEMENT <u>AGAINST THE JUDGES FOR BRIBERY, ILLEGAL CONSPIRACY, UNCONSTITUTIONAL, UNLAWFUL AIDING THE COOK COUNTY, SHERIFF OF ILLINOIS, THE ILLINOIS DEPT. OF CORRECTIONS IN AGGRAVATED</u> KIDNAPPING, 18 USC§13, DEFRAUDING THE UNITED STATES, PUBLIC & PLAINTIFF 18 USC§371, DEPRIVATION OF CONST. RIGHTS 18 USC§ 241, 242, 401 & 402. FAILING TO COMPLY TO THE FED. R. CIV. PROC. & EVIDENCE, MISCARRIAGE OF JUSTICE ALSO IN ALL OTHER CASES No. 09cv5438, 10cv2088, 10cv5772, <u>10cv7775 & 11cv2526</u> "DISCIPLINARY <u>ENFORCEMENT & SPECIAL INVESTIGATORS "24 PAGES</u> WHICH THE ATTACHED DOCUMENTS WITH "NOTICE OF FILING" AND BY PLACING IT INTO TRUE AND CORRECT ENVELOPE WITH PROPER AFFIXED FIRST CLASS POSTAGE STAMP FOR DEPOSIT IN THE U.S. POSTAL SERVICE THROUGH THE ILLINOIS DEPT OF CORRECTIONS "INTERNAL MAILING SYSTEM" AT STATEVILLE CORRECTIONAL CENTER BY PLACING THE LEGAL PACKAGE INTO THE HANDS OF UNIT IV CORRECTIONAL OFFICERS WHO'S TO PLACE THE SAME "LEGAL PACKAGE" INTO THE MAILROOM OFFICERS HANDS MICHAELEK & BOER FOR MAILING ON THIS <u>23</u> DAY OF <u>MAY</u>, 2011.

— NEED THE DEFENDANTS ATTORNEY NAME AND UNDER <u>FED RULE 12(b)</u>, ISSUED SUMMONS & COMPLAINTS RECEIPTS <u>FED. RULE 4(c) QUICKLY</u> WITHOUT COST U.S. MARSHAL SERVICE.—

NOTARIZED, PURSUANT TO 28 USC§ 1746 UNDER PENALTY OF PERJURY, ON THIS <u>23</u> DAY OF <u>MAY</u>, 2011.

BK Ellison *R00575